Ellen K. BOEHM, Appellant,

v.

STATE of Missouri, Respondent.

No. 64737.

Missouri Court of Appeals,
Eastern District,
Division Four.

Aug. 23, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 28, 1994.

Application to Transfer Denied
Nov. 22, 1994.

Dave Hemingway, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Millie E. Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

PER CURIAM.

Movant appeals from the denial, without an evidentiary hearing, of her Rule 24.035 motion for postconviction relief. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an ex-

tended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).